# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHARLES ANTHONY SKAGGS,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 78845 |
| CHARLES ANTHONY SKAGGS,<br>                    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 78847<br><br>**FILED**<br><br>AUG 23 2019 |

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are direct appeals from judgments of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these appeals

19-35357

are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, this court

ORDERS these appeals DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Scott N. Freeman, District Judge
     Washoe County Public Defender
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing post-conviction habeas corpus petitions under NRS 34.726(1) shall commence to run from the date of this order.